**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-1775**

VALERIE HESTER,

             Plaintiff – Appellant,

      v.

ELLIOTT ARMSTRONG; PARAMOUNT OF RALEIGH, LLC,

             Defendants – Appellees,

      and

PINE TREE VILLA ASSISTED LIVING FACILITY,

             Defendant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Malcolm J. Howard, Senior District Judge.  (5:07-cv-00458-H)

Submitted:  January 13, 2009        Decided:  January 15, 2009

Before WILLIAMS, Chief Judge, and TRAXLER and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Valerie Hester, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Valerie Hester appeals the district court's order granting the Defendants' motion to dismiss and dismissing Hester's complaint without prejudice for failure to properly serve process on the Defendants. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Hester v. Armstrong, No. 5:07-cv-00458-H (E.D.N.C. June 19, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED